### 8410.   WRIGHT v. THE STATE.

LUKE, J.   The only assignment of error being that the evidence did not authorize the verdict, and there being some evidence upon which the jury could base their finding, and the verdict having the approval of the trial judge, this court can not set the verdict aside.   *Thomas* v. *State*, 7 *Ga. App.* 337 (66 S. E. 964); *Cottle* v. *State*, 7 *Ga. App.* 337 (66 S. E. 809); *Alexander* v. *State*, 1 *Ga. App.* 289 (57 S. E. 996).

*Judgment affirmed.   Wade, C. J., and George, J., concur.*

DECIDED MARCH 23, 1917.

Indictment for arson; from Bulloch superior court—Judge Hardeman.   December 28, 1916.

*Fred T. Lanier,* for plaintiff in error.